UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTIFICATION TRENDZ LTD. d/b/a )<br>TestKing.com; and FREETECH SERVICES )<br>LTD. d/b/a Pass4sure.com; and GLOBAL )<br>SIMULATORS LTD. d/b/a "TestInside" and )<br>Test-Inside.com, )<br>)<br>Defendants. )<br>_____)  | CIVIL ACTION NO.<br>3:15cv965 (VLB) |

## STIPULATED PERMANENT INJUNCTION

Plaintiff CISCO TECHNOLOGY, INC. ("Plaintiff" or "Cisco") and defendants CERTIFICATION TRENDZ LTD. d/b/a TestKing.com; and FREETECH SERVICES LTD. d/b/a Pass4sure.com; and GLOBAL SIMULATORS LTD. d/b/a "TestInside" and Test-Inside.com (collectively "Defendants"), by and through their undersigned counsel of record, stipulate to the entry of the following order.

DATED this 17th day of June, 2016.

/s/
Gerald C. Pia, Jr.
Brian C. Roche
Roche Pia LLC
Two Corporate Drive
Suite 248
Shelton, CT 06484
(203) 944-0235
gpia@rochepia.com
broche@rochepia.com
Counsel for Plaintiff

/s/
Robert A. Auchter, *admitted pro hac vice*
McKOOL SMITH, PC
1999 K Street, NW
Suite 600
Washington, DC 20006
(202) 370-8300
RAuchter@mckoolsmith.com
Counsel for Defendants

PERMANENT INJUNCTION ORDER

THIS MATTER, having been reported to this Court as settled subject to a separate agreement, comes before the Court upon the stipulation of the plaintiff, CISCO TECHNOLOGY, INC. ("Cisco" or "Plaintiff"), and the defendants, CERTIFICATION TRENDZ LTD. d/b/a TestKing.com; FREETECH SERVICES LTD. d/b/a Pass4sure.com; and GLOBAL SIMULATORS LTD. d/b/a/ "TestInside" and Test-Inside.com (collectively "Defendants"). Based on the foregoing stipulation, it is hereby ORDERED as follows:

1.  Pursuant to Federal Rule of Civil Procedure 65, 17 U.S.C. § 502, and 15 U.S.C. § 1116, each and all of the Defendants, jointly and severally, as well as their agents, contractors, employees, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them, shall immediately cease, are permanently enjoined from engaging in or performing, any and all of the following activities:

     a. registering for, subscribing to, or otherwise participating in any Cisco Certification Programs or Exams;

     b. copying, using, marketing, selling, distributing, publishing, reproducing, disseminating, offering or otherwise knowingly transferring in any way any actual Cisco Certification Exam, or any portion thereof, including specific Cisco Certification Exam questions;

     c. infringing any of Cisco's Copyrights, Registered Trademarks or Service marks for its Certification Exams, including, but not

limited to, by directly or indirectly owning, operating, managing, or exercising any control with respect to any domain name or internet website at which infringing materials are offered, advertised, sold or made available, or by aiding, abetting, or contributing to any infringement by others of Cisco's Copyrights, Registered Trademarks or Service marks for its Certification Exams;

d. continuing to possess or maintain any infringing Cisco materials;

e. making any representation or suggestion, or allowing or publishing the statements of others (e.g., testimonials) suggesting, that Defendants' activities or products are (i) the actual, real or original questions from Cisco exams, or (ii) endorsed, approved, or permitted by, or are otherwise associated with Cisco, except that Defendants shall be permitted to identify the exams to which the permitted training materials are directed so long as there is an agreed upon disclaimer;

f. offering, distributing, selling, advertising, or promoting any Cisco or purported Cisco product without including an agreed upon notice or disclaimer that "TestKing [and/or other appropriate website/brand] Materials do not contain actual questions and answers from Cisco's Certification Exams"

2. Until January 1, 2018, Defendants shall not, absent an agreement between the parties, :

    a. transfer TestKing.com, Pass4sure.com or Test-Inside.com from their current domain name registrars;

    b. transfer TestKing.com, Pass4sure.com and Test-Inside.com to any other domain name registrant; or

    c. allow TestKing.com, Pass4sure.com and Test-Inside.com to lapse, expire, or be cancelled.

3. This Court will retain jurisdiction over Cisco and the Defendants in this case for the purposes of enforcing this Permanent Injunction and/or the parties' settlement agreement.

4. The Court further Orders that the bonds Cisco previously filed with the Court shall be released to Cisco, care of its counsel of record.

SO ORDERED.

Signed this _21st_ day of _June_ 2016.

/s/ VLB

Hon. Vanessa L. Bryant
United States District Judge