UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CERTIFICATION TRENDZ, LTD. d/b/a TestKing.com, FREETECH SERVICES, LTD. d/b/a Pass4sure.com, and GLOBAL SIMULATORS, LTD. d/b/a "TestInside" and Test-Inside.com,<br><br>Defendants. | §<br>§<br>§<br>§<br>§   Civil Action 3:15-cv-00965-VLB<br>§    The Hon. Vanessa L. Bryant<br>§<br>§<br>§<br>§   June 30, 2016<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate and agree to the dismissal with prejudice of the entire action, including all claims asserted against all Defendants. Each party shall bear its own fees and costs.

| THE PLAINTIFF<br>CISCO TECHNOLOGY, INC.<br><br>By:          /GCP/<br>Brian C. Roche – ct 17975<br>Gerald C. Pia, Jr. – ct 21296<br>Roche Pia, LLC<br>Two Corporate Drive, Suite 248<br>Shelton, CT 06484<br>Phone: (203) 944-0235<br>Fax: (203) 567-8033<br>E-mail: broche@rochepia.com<br>            gpia@rochepia.com | THE DEFENDANTS<br>CERTIFICATION TRENDZ LTD. d/b/a TestKing.com; FREETECH SERVICES LTD. d/b/a Pass4sure.com; and GLOBAL SIMULATORS LTD. d/b/a "TestInside" and Test-Inside.com<br><br>By:          /RA/<br>Robert Auchter<br>(D.C. Bar No. 441669) (*pro hac vice*)<br>rauchter@mckoolsmith.com<br>Brandon Jordan<br>(D.C. Bar No. 985986) (*pro hac vice*)<br>bjordan@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>1999 K Street NW, Suite 600<br>Washington, DC 20006<br>Telephone: (202) 370-8300<br>Fax: (202) 370-8344 |

## **CERTIFICATION**

**I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.**

                                                **/GCP/**
                              **Brian C. Roche**
                              **Gerald C. Pia**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CISCO TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CERTIFICATION TRENDZ, LTD. d/b/a TestKing.com, FREETECH SERVICES, LTD. d/b/a Pass4sure.com, and GLOBAL SIMULATORS, LTD. d/b/a "TestInside" and Test-Inside.com,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§  Civil Action 3:15-cv-00965-VLB<br>§  The Hon. Vanessa L. Bryant<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER DISMISSING WITH PREJUDICE

Plaintiff Cisco Technology, Inc. and Defendants Certification Trendz, Ltd., FreeTech Services, Ltd., and Global Simulators Ltd. having entered a Settlement Agreement and having filed a Joint Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED that all claims asserted by Plaintiff against Defendants are hereby dismissed with prejudice.  The parties shall bear their own fees and costs.  SO ORDERED.

Dated: _____          _____
                                                            **Hon. Vanessa L. Bryant**
                                                            **U.S. District Judge**